# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 16-01390 JVS(FFMx) | Date | December 8, 2016 |
| Title | Bootleggers Brewery, LLC v. Abita Brewing Company, Inc. et al | | |

Present: The Honorable **James V. Selna**

| Ivette Gomez | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(In Chambers)**   **Order Vacating Plaintiff's Motion for Preliminary Injunction and Setting Order to Show Cause**

The Court, having been informed by counsel in this action that the matter is close to settlement, hereby VACATES the Plaintiff's Motion for Preliminary Injunction and removes the matter from the December 12, 2016 calendar.

The Court sets a hearing on an Order to Show Cause re Settlement for Monday, January 23, 2017 at 11:00 a.m.    The OSC will be vacated if the dismissal papers have been filed prior to the January 23rd hearing.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |