**CALDARELLI HEJMANOWSKI PAGE & LEER LLP**
Jack R. Leer (SBN 184982)
Ben West (SBN 251018)
12340 El Camino Real, Suite 430
San Diego, CA  92130
Tel:  (858) 720-8080
jrl@chpllaw.com / dbw@chpllaw.com

Attorneys for Plaintiff
BOOTLEGGER'S BREWERY, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| BOOTLEGGER'S BREWERY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ABITA BREWING CO., L.L.C., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:16-cv-01390-JVS-FFM<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT AND COUNTERCLAIM WITH PREJUDICE** |
| ABITA BREWING CO., L.L.C.,<br><br>Counter-claimant,<br><br>v.<br><br>BOOTLEGGER'S BREWERY, LLC,<br><br>Counter-defendant. | |

Plaintiff/Counter-defendant Bootlegger's Brewery, LLC ("Bootlegger's") and Defendant/Counter-claimant Abita Brewing Co., L.L.C. ("Abita"), by and through their respective attorneys of record, stipulate as follows:

1. Bootlegger's entire Complaint (Doc. 1) against Abita, including all causes of actions alleged therein, shall be dismissed with prejudice;

2. Abita's entire Counterclaim (Doc. 16) against Bootlegger's, including all causes of action alleged therein, shall be dismissed with prejudice; and

3. The Parties shall bear their own attorneys' fees and costs.

IT IS SO STIPULATED AND AGREED.

Dated: January 5, 2017   CALDARELLI HEJMANOWSKI PAGE & LEER

By: _____/s/Ben West_____
JACK R. LEER
BEN WEST
Attorneys for Plaintiff/Counter-defendant
BOOTLEGGER'S BREWERY, LLC

Dated: January 5, 2017   PILLSBURY WINTHROP SHAW PITTMAN LLP

By: _____/s/Jeffrey Wexler_____
KATHY JORRIE
JEFFREY D. WEXLER
Attorneys for Defendant/Counter-claimant
ABITA BREWING CO., INC.

**ATTESTATION REGARDING SIGNATURES (L.R. 5-4.3.4(a)(2)(i))**

I, Ben West, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 5, 2017        CALDARELLI HEJMANOWSKI PAGE & LEER

By: _____/s/Ben West_____
    BEN WEST