**CALDARELLI HEJMANOWSKI PAGE & LEER LLP**
Jack R. Leer (SBN 184982)
Ben West (SBN 251018)
12340 El Camino Real, Suite 430
San Diego, CA 92130
Tel: (858) 720-8080; Fax: (858) 720-6680
jrl@chpllaw.com / dbw@chpllaw.com

Attorneys for Plaintiff
BOOTLEGGER'S BREWERY, LLC

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| BOOTLEGGER'S BREWERY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ABITA BREWING CO., L.L.C.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:16-cv-01390-JVS-FFM<br><br>**ORDER DISMISSING COMPLAINT AND COUNTERCLAIM WITH PREJUDICE** |
| ABITA BREWING CO., L.L.C.,<br><br>Counter-claimant,<br><br>v.<br><br>BOOTLEGGER'S BREWERY, LLC,<br><br>Counter-defendant. | |

Having considered Plaintiff/Counter-defendant Bootlegger's Brewery, LLC's ("Bootlegger's") and Defendant/Counter-claimant Abita Brewing Co., L.L.C.'s ("Abita"), Stipulation for Dismissal of Complaint and Counterclaim with Prejudice, and finding good cause for the requested relief, IT IS HEREBY ORDERED THAT:

1. Bootlegger's entire Complaint (Doc. 1) against Abita, including all causes of actions alleged therein, is dismissed with prejudice

2. Abita's entire Counterclaim (Doc. 16) against Bootlegger's, including all causes of action alleged therein, is dismissed with prejudice; and

3. The Parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED

DATED: January 5, 2017

By:________________________________
UNITED STATES DISTRICT JUDGE